**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

TERRI JABLONSKI.,

              Plaintiff,                         16-cv-5243 (ALC) (OTW)

      -against-                           **ORDER**

SPECIAL COUNSEL, INC.,

              Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on March 10, 2022. The following rulings were made on the record at the conference:

- Plaintiff's motion to compel (ECF 147) is **GRANTED in part and DENIED in part.** The parties are directed to refer to the conference transcript and the attached annotated version of Plaintiff's First Request For Production of Documents, docketed as Exhibit 1 to this Order. Defendant shall make rolling productions and must complete productions by **April 11, 2022**.

- Plaintiff's motion for inspection (ECF 147) is **DENIED**.

- Defendant's motion for the Court to require Plaintiff to serve "new, limited and focused" document requests (ECF 151) is **DENIED** as moot.

- Plaintiff's deadline to seek leave to file a fourth amended complaint is extended to **April 15, 2022**. Plaintiff shall provide a redline between the operative Third Amended Complaint (ECF 63) and any proposed fourth amended complaint.

The parties shall comply with all other rulings made on the record at the March 10, 2022 conference. The Clerk of Court is respectfully directed to terminate ECF 147 and 151.

**SO ORDERED.**

Dated: March 11, 2022
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge