**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
TERRI JABLONSKI.,
:
:
                Plaintiff,                 :         16-cv-5243 (ALC) (OTW)
:
         -against-                     :                   **ORDER**
:
SPECIAL COUNSEL, INC.,
:
:
               Defendant.
:
---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on June 14, 2022. For the reasons stated on the record at the status conference, Defendant's Motion to Compel Plaintiff to produce documents related to Plaintiff's past OCAHO complaints is **DENIED**.

**SO ORDERED.**

                                                                   *s/ Ona T. Wang*

Dated: June 14, 2022                                    **Ona T. Wang**
       New York, New York                      United States Magistrate Judge