UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TERRI JABLONSKI,

        Plaintiff,

        -against-

SPECIAL COUNSEL, INC.,

        Defendant.

------------------------------------------------------------x

16-CV-5243 (ALC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed ECF Nos. 197-198. Depositions shall be scheduled as follows:

- Plaintiff shall be deposed first;
- Defendant's individual fact witnesses, including Alison Hugelmeyer, shall be deposed after Plaintiff's deposition has been completed;
- Defendant's 30(b)(6) witness shall be deposed third;
- Third party fact witnesses, if any, shall be deposed last.

The parties are directed to meet and confer and submit <u>one</u> proposed deposition scheduling order by **July 22, 2022. If the parties cannot agree on dates to schedule the above depositions, the Court shall choose the deposition dates for the parties.**

    SO ORDERED.

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: July 12, 2022
       New York, New York