**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
TERRI JABLONSKI.,

                Plaintiff,                        16-cv-5243 (ALC) (OTW)

      -against-                                  **ORDER**

SPECIAL COUNSEL, INC.,

                Defendant.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 206, 208, 211, 212, and 213, all of which relate to Plaintiff's attempts to expand discovery, or to circumvent or relitigate the Court's prior orders on discovery. *See* ECF 158, 178, 192, 196, 204, and 205. Plaintiff's motions for additional discovery are **DENIED**.

Additionally, the parties called the Court during Plaintiff's deposition on July 29, 2022, and now indicate that it was not completed, largely due to Plaintiff and her counsel's conduct. *See* ECF 214. Defendant is directed to submit their brief seeking their relief related to Plaintiff's deposition by **August 19, 2022**. Defendant shall submit the **full** transcript of Plaintiff's deposition and the deposition video no later than August 19, 2022. Plaintiff's opposition shall be filed by September 9, 2022. **There shall be no replies unless directed by the Court. No other briefing will be allowed during the pendency of this briefing. Attempts to raise other discovery issues before September 9 shall subject the filing attorney to a $5 sanction for each violation.** *See* Fed. R. Civ. P. 26(g).

The previously-scheduled depositions of Alison Hugelmeyer in her individual capacity and Special Counsel's 30(b)(6) deposition are adjourned *sine die* and shall not proceed unless and until Plaintiff's deposition is completed. **All other discovery is stayed. Plaintiff is directed not to serve any other discovery requests or notices of deposition.**

Any violations of this Order may result in sanctions under Fed. R. Civ. P. 16(f), 26(g), 30(d)(2), 37, or 28 U.S.C. § 1927.

The parties are directed to appear for an in-person status conference on **Wednesday, September 21, 2022 at 2:30 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The Clerk of Court is respectfully directed to close ECF Nos. 206, 211, and 214.

**SO ORDERED.**

Dated: August 2, 2022
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge