**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
TERRI JABLONSKI,

      Plaintiff,

    -against-

SPECIAL COUNSEL, INC.,

      Defendant.
------------------------------------------------------------x

16-CV-5243 (ALC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held a status conference in this matter on September 21, 2022. Pursuant to rulings made on the record, the parties shall meet and confer on three proposed dates in the month of October for Plaintiff's continued deposition in the Court's courtroom or jury room. The parties shall submit a joint letter informing the Court of their three suggested dates by **September 30, 2022**. Other rulings related to Plaintiff's continued deposition are as follows:

- Defendant's counsel shall have three hours to complete Plaintiff's deposition. Plaintiff's counsel shall have up to one additional hour of redirect examination.

- Plaintiff's counsel is prohibited from asserting speaking or relevance objections.

- Plaintiff's counsel is further prohibited from objecting before Defendant's attorney finishes his question.

- The parties are prohibited from taking a break when a question is pending or before the witness's answer is completed, **unless** the **short** break is to confer about whether to assert a privilege.

As discussed at the conference, Plaintiff shall pay for stenography and other associated costs of the deposition, **except** that Defendant is to pay for videography. If Plaintiff and Plaintiff's counsel persist in obstructing the completion of the deposition, the Court may order Plaintiff to pay Defendant's fees and costs for the number of hours spent at the deposition, as well as any additional motions for sanctions brought by Defendant related to the new deposition.

Plaintiff is directed to preserve the notebooks discussed at the September 21, 2022, status conference. The Court stays its oral order compelling production of those notebooks pending further briefing. Plaintiff's attorney shall submit her letter motion for a protective order regarding the notebooks by **September 28, 2022**. Defendant's opposition is due **October 3, 2022**. The parties' letter briefs shall not exceed three pages and shall cite to relevant law.

All other discovery is stayed pending completion of Plaintiff's deposition.

The parties are requested to order the transcript of the September 21, 2022, status conference and share costs 50-50. The parties are directed to refer to the transcript for all other rulings made on the record.

The Clerk of Court is respectfully directed to close ECF Nos. 225 and 232.

**SO ORDERED.**

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

Dated: September 21, 2022
New York, New York