**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TERRI JABLONSKI,<br><br>Plaintiff,<br><br>-against-<br><br>SPECIAL COUNSEL, INC.,<br><br>Defendant. | 16-CV-5243 (ALC) (OTW)<br><br>**ORDER** |

**ONA T. WANG**, **United States Magistrate Judge:**

The Court has reviewed ECF Nos. 248 and 249. The Court's decision on whether to compel the deposition of Plaintiff's counsel is **STAYED** pending resolution of the parties' recent discovery disputes.

The parties are directed to meet and confer to resolve the discovery disputes referenced in ECF Nos. 248 and 249, and to submit a joint status letter by **January 13, 2023** identifying the status of any outstanding disputes not resolved by the meet and confer process.

The parties shall not submit additional letters with new disputes prior to the January 13, 2023 status letter. The Court encourages the parties to resolve as many of their disputes as possible without further Court intervention.

The Court will hold an in-person status conference in this matter on **Wednesday, January 25, 2023 at 2:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The Clerk of Court is respectfully directed to close ECF Nos. 190 and 248.

**SO ORDERED.**

*s/ Ona T. Wang*

**Ona T. Wang**
United States Magistrate Judge

Dated: November 29, 2022
New York, New York