**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
TERRI JABLONSKI,

            Plaintiff,                              16-CV-5243 (ALC) (OTW)

        -against-                              **ORDER**

SPECIAL COUNSEL, INC.,

            Defendant.

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court is in receipt of the parties' letter dated January 13, 2023. The Court reminds the parties that per its Individual Practices, I.a., they are to file all letters to the Court on ECF. Unsolicited correspondence sent by email only will be disregarded.

The January 25, 2023 status conference is hereby adjourned to **Tuesday, March 7, 2023, at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall file a joint status letter outlining all outstanding discovery by March 3, 2023.

      **SO ORDERED.**

                                                    _s/ Ona T. Wang_

Dated: January 17, 2023                            **Ona T. Wang**
      New York, New York               United States Magistrate Judge