**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
TERRI JABLONSKI,                                   :
                                                   :
                        Plaintiff,                 :            16-CV-5243 (ALC) (OTW)
                                                   :
                        -against-                  :            **ORDER**
                                                   :
SPECIAL COUNSEL, INC.,                             :
                                                   :
                        Defendant.                 :
                                                   :
-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held a status conference in this matter on March 7, 2023.

The Court made several discovery rulings on the record at the March 7 status

conference. The parties are directed to refer to the transcript of the March 7 conference for

greater detail on the Court's discovery rulings.

Plaintiff's contemplated motion to compel a continued deposition of Defendant's

30(b)(6) witness is due March 27, 2023. Defendant's cross-motion for a protective order and

opposition to Plaintiff's motion to compel are both due on April 21, 2023. The cross-motion for

a protective order and the opposition should be filed on the docket as separate entries.

Plaintiff's opposition to Defendant's cross-motion for a protective order is due May 5, 2023.

**There shall be no replies.** Counsel for Defendant is directed to file both deposition transcripts

of Ms. Hugelmeyer by March 10, 2023.

The parties are directed to meet and confer on how many additional depositions

Plaintiff wishes to take.[1] The parties shall file a joint status letter informing the Court of any agreed-upon deposition schedule by March 31, 2023. The parties should agree to reasonable limited scope and duration of any planned depositions.

The Court will hold a status conference in this matter on **Wednesday, May 17, 2023 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**<u>The Court reminds the parties that written discovery in this matter is COMPLETE. The parties shall not propound any additional written discovery without first obtaining leave of Court to do so.</u>**

**SO ORDERED.**

*s/ Ona T. Wang*

Dated: March 9, 2023                                              **Ona T. Wang**
       New York, New York                         United States Magistrate Judge

---

[1] Any additional depositions **must** be limited to those individuals discussed at the March 7 conference.