UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
TERRI JABLONSKI,                                            :
                                                            :
            Plaintiff,                           :    16-CV-5243 (ALC) (OTW)
                                                            :
            -against-                            :    **ORDER**
                                                            :
SPECIAL COUNSEL, INC.,                                      :
                                                            :
            Defendant.                           :
                                                            :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held a status conference in this matter on June 15, 2023.

By **June 23, 2023**, counsel for Defendant shall file a letter on the docket informing the Court how the parties have resolved the issues discussed at the conference.

The parties' respective motions to depose each other's attorneys are **DENIED** for the reasons stated at the conference.

The parties are directed to refer to the transcript of the June 15 status conference for additional details on the Court's rulings.

The Clerk of Court is respectfully directed to close ECF 286.

**SO ORDERED.**

                                                                           *s/ Ona T. Wang*

Dated: June 15, 2023                                          **Ona T. Wang**
     New York, New York                          United States Magistrate Judge