*1301 Avenue of the Americas*
*21st Floor*
*New York, New York 10019*
*Tel: 212-907-9700*
*www.sgrlaw.com*



*John G. McCarthy*
*Direct Tel: 212-907-9703*
*Direct Fax: 212-907-9803*
*jmccarthy@sgrlaw.com*

June 23, 2023

## MEMO ENDORSED.

**VIA ECF**

Honorable Ona T. Wang
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

Re:   *Jablonski v. Special Counsel, Inc.*, 16 Civ. 5243 (ALC)(OTW)

Dear Judge Wang:

    We are the attorneys for Defendant ADO Professional Solutions, Inc., f/k/a Special Counsel, Inc. ("SCI") in the above-entitled action.

    Your Honor ordered SCI to file a letter today informing the Court how the parties have resolved certain issues discussed at the June 15, 2023 status conference, and that the parties should refer to the transcript of the conference for details on the Court's rulings. (ECF 294.) The Court orally ordered the parties to meet and confer to try to resolve the remaining issues and for Defendant to report the results. Attorney Jablonski, Mr. Goldstein and I have exchanged numerous emails and had a 23+ minute conference call. We agreed that the parties should consult the transcript before continuing with this effort. While the parties ordered the transcript, it has not yet been received; we expect delivery on Friday, July 7, 2023.

    SCI respectfully requests an extension until Tuesday, July 11, to attempt to resolve the issues discussed at the conference and to submit the letter report. Plaintiff consents to an extension until July 11, 2023.

Respectfully yours,

John G. McCarthy

cc:   Maria Jablonski, Esq.

**Application GRANTED.**

**SO ORDERED.**

Ona T. Wang          6/23/23
U.S.M.J.