UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
TERRI JABLONSKI,

                *Plaintiff*,

         -against-

SPECIAL COUNSEL INC.,

                *Defendant*.

------------------------------------------------------------------ x

1:16-cv-05243 (ALC) (OTW)

**ORDER**

The Court is in receipt of Plaintiff's letters, ECF Nos. 327, 329, requesting to seal the exhibits at ECF Nos. 326-6 and 326-10 because they contain Plaintiff's Social Security number. The Clerk of the Court is respectfully directed to seal ECF Nos. 326-6 and 326-10.

**SO ORDERED.**

**Dated:** **November 13, 2023**
        **New York, New York**

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**