```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/13/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRI JABLONSKI,

                Plaintiff,

-against-

SPECIAL COUNSEL, INC.,

                Defendant.

16 Civ. 5243 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On October 10, 2023, Defendant, Special Counsel, Inc., moved for summary judgment. ECF No. 319. On November 22, 2023, Defendant filed two motions to strike in connection with declarations submitted by Plaintiff in opposition to Defendant's summary judgment motion. ECF Nos. 335, 337.

      The Court will resolve the motions to strike before it turns to the summary judgment motion. Accordingly, the Court will temporarily hold the summary judgment motion in abeyance pending its decision on the motions to strike. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 319.

      The parties are encouraged to continue settlement discussions in the interim. By **December 16, 2024**, the parties shall file a joint status letter updating the Court on the status of settlement negotiatons.

      SO ORDERED.

Dated: November 13, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge