**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TERRI JABLONSKI,

                                    Plaintiff,

              -against-                                                   16 **CIVIL** 5243 (AT)

                                                                          **JUDGMENT**

SPECIAL COUNSEL, INC.,

                                    Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 30, 2026, the Court has GRANTED Defendant's motion

for summary judgment. Judgment is entered in Defendant's favor on all claims; accordingly, the

case is closed.

**Dated:** New York, New York

          March 31, 2026

                                                       **TAMMI M. HELLWIG**
                                              _____
                                                       **Clerk of Court**

                              **BY:**              K. mango
                                              _____
                                                       **Deputy Clerk**